

ROPES & GRAY LLP
ONE INTERNATIONAL PLACE   BOSTON, MA 02110-2624   617-951-7000   F 617-951-7050
BOSTON   NEW YORK   PALO ALTO   SAN FRANCISCO   WASHINGTON, DC   www.ropesgray.com

May 7, 2007

**ELECTRONICALLY FILED**

The Honorable William D. Wall
Magistrate Judge
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722-9014

*Pall Corp. v. Entegris, Inc.*
No. 05-CV-5894 (JFB)(WDW)

Dear Judge Wall:

On behalf of Entegris, Inc. ("Entegris"), the defendant in the above-captioned action, I submit this letter motion for an extension of certain dates set in the Scheduling Order in accordance with Local Civil Rule 37.3 and your individual practices. Entegris respectfully submits, with the assent of Pall Corporation's ("Pall") counsel, that the Court extend the "expert" and "Markman" portions of the case schedule to allow for the wedding of one of Entegris' counsel.

Entegris' counsel has conferred with Pall's counsel on this matter, pursuant to the local rules. Pall's counsel has assented to extending the "expert" and "Markman" portions of the case schedule as follows.

| Litigation Activity | Current Due Date | Proposed Extension |
|---|---|---|
| Fact Discovery Completed | May 18, 2006 | *No extension* |
| Initial Expert Reports (except damages) | June 22, 2007 | July 10, 2007 |
| Rebuttal Expert Reports | July 20, 2007 | August 23, 2007 |

ROPES & GRAY LLP

The Honorable William D. Wall  - 2 -  May 7, 2007

| | | |
|---|---|---|
| Expert Depositions Completed | August 17, 2007 | September 19, 2007 |
| Initial *Markman* Briefs | September 21, 2007 | October 19, 2007 |
| Opposition *Markman* Briefs | October 19, 2007 | November 16, 2007 |

The remainder of the schedule would continue to be dependent on the issuance of the Court's *Markman* ruling.

Respectfully submitted,

Anthony A. Pastor

AAP:aap