UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
PALL CORPORATION,

                Plaintiff,

- against -

ENTEGRIS, INC., d.b.a. MYKROLIS
CORPORATION
                Defendant.
-------------------------------------------------X

**NOT FOR PUBLICATION**

**MEMORANDUM & ORDER**

05-CV-5894 (RRM)(WDW)

MAUSKOPF, United States District Judge.

Before this Court are objections filed by defendant Entegris (Docket No. 123) to Magistrate Judge Wall's April 16, 2008 discovery Order (Docket No. 120) compelling Entegris to produce some 28 attorney communications, which Entegris believes are protected from disclosure. The Order, one of many issued throughout the course of lengthy discovery proceedings in this matter overseen by the Magistrate Judge, was issued after full briefing during a telephone hearing at which oral argument was heard. However, the written Order does not contain the reasons for the decision to compel production; nor is there a recording of the telephone conference. In order to determine whether the Magistrate Judge's Order was clearly erroneous or contrary to law, this Court remands the matter to the Magistrate Judge for an explanation as to the basis for his April 16th Order.

                                        SO ORDERED.

Dated: Brooklyn, New York
June 20, 2008

                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge