BEFORE: WILLIAM D. WALL            DATE: 9/25/08

UNITED STATES MAGISTRATE JUDGE      TIME: 11:30 AM

DOCKET NO. CV 05-5894          ASSIGNED JUDGE: MAUSKAUPF

CASE NAME: PALL CORP. V. ENTEGRIS, INC.

### CIVIL CONFERENCE

Initial ___ Status ___ Settlement ___ Pretrial ___ Other: ORAL ARGUMENT

APPEARANCES:    Plaintiff    H. Michael Hartmann

                          James Weller

             Defendant    Anthony Pastor

**SCHEDULING:** The next __ conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐    Referred to mediation by separate order.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X    Other: The motion by the defendant(155) and the plaintiff's cross-motion ( 159 ) are withdrawn without prejudice.

      The parties shall exchange contested claim terms and their construction in chart form by **October 6, 2008**

      A final joint proposed list of contested terms narrowed by the parties shall be submitted by **October 21, 2008.**

      Opening Markham briefs shall be exchanged by **November 17, 2008.**

      Responding briefs shall be exchanged by **December 22, 2008.**

SO ORDERED

 /s/William D. Wall
WILLIAM D. WALL
United States Magistrate Judge